UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 15 2007
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Jeremy Curry
1001 centre way
Charleston, W.V 25309

00015040968

(Enter above the full name of the plaintiff or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**

CIVIL ACTION NO. 2:07-0640
(Number to be assigned by Court)

Officer Gerald Walls
Officer Mullins
South central Regional -
Jail 1001 centre way
Charleston, W.V, 25309.

(Enter above the full name of the defendant or defendants in this action)

### COMPLAINT

I.  **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____   No __✓__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

2

II. **Place of Present Confinement:** South central regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No ____

    C. If you answer is YES:

        1. What steps did you take? I filed a grievance

        2. What was the result? It was not properly investigated.

    D. If your answer is NO, explain why not: ____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Jeremy Curry 0001540968

        Address: 1001 Centre Way Charleston, W,V 25309

    B. Additional Plaintiff(s) and Address(es): ____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Officer Gerald Walls

is employed as: Corrections officer

at South Central Regional Jail

D. Additional defendants: Officer mullins

IV. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On August 29, 2007, officer mullins let me out for shower and phone calls, which is to be and hour of time out, I was writting a letter and she was telling me to go up. I still had additonal 30 min left. Next thing I know here comes officer Gerald Walls not even knowing what's going on grabs me up by my Arm yelling at me all crazy cussing me

4

IV. **Statement of Claim (continued):**

I ask him to let me go, and all he had to do was ask me what was going on instead he was trying to be tuff, I ask him to get a sgt, or a corp down to our tank I guess he got mad upon them entering he picked me up and slamed me on my back and plunge his knee into my stomach and start poking me in my eye's. Gerald walls and MS. oodwin, another officer got into it cause not one time was I risisting then while they was putting cuffs on me he slamd my head on the ground, Then later on that day he came to my cell and threaten me trying to ~~get me to~~ provoke me.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Jeremy Curry whenever he got the opportunity. The plaintiff suffered, back, stomach, head, neck injury. The Plaintiff is a pretrial detainee. The plaintiff states that his 14th Amendment Right to Due Process was violated by the above state officials.

The Plaintiff sues the defendants in their individual and official capacities for $2,000,000.00 in compensation and $500,000.00 in punitive damages.

5

V.  **Relief (continued)):**

_____
_____
_____
_____
_____
_____

VII. **Counsel**

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes __✓__    No _____

If so, state the name(s) and address(es) of each lawyer contacted:

BARRON M. HelGoe 1319 Quarrier Street Charleston, W.V 25301. He said it's a civil case and thats not his area of work.

If not, state your reasons: _____

_____

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No __✓__

6

If so, state the lawyer's name and address:

_____

_____

Signed this __15__ day of __September__, 20_07_.

_____

_____

___*Jeremy Curry*___
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 15, 2007__.
　　　　　　　　(Date)

___*Jeremy Curry*___
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7





Jeremy Curry
101 centre way
Charleston, W.V 25309

U.S. District Courts
Southern District of West Virginia
Robert C. Byrd U.S. Court House
300 Virginia Street, East, Room 2400
Charleston, W.V 25301